UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 12 CV 2656 (AJN)<br>ECF Case |

## NOTICE OF APPEARANCE OF IAN SHAPIRO

Kindly enter the appearance of Ian Shapiro, Esq. of Cooley LLP, 1114 Avenue of the Americas, New York, NY 10036-7798, as counsel for Defendant SoundBite Communications, Inc. in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: May 2, 2012

Respectfully submitted,

/s/ Ian Shapiro
COOLEY LLP
Ian Shapiro (IS5120)
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
ishapiro@cooley.com

*Attorney for Defendant SoundBite Communications, Inc.*

## CERTIFICATE OF SERVICE

I, Ian Shapiro, hereby certify that on the 2nd day of May, 2012, I caused a true and correct copy of the foregoing document to be filed electronically for availability for viewing and downloading from the Court's ECF system.

/s/ Ian Shapiro
Ian Shapiro