**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------- X

CLUB TEXTING, INC., on behalf of itself and all others similarly situated,

                Plaintiff,

                v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA–THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,

                Defendants.

------------------------------------------- X

**ECF Case**

12-cv-2656 (AJN) (MHD)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Cellco Partnership, d/b/a Verizon Wireless ("Verizon Wireless"), a non-governmental corporate party, files this disclosure statement.

Verizon Communications Inc. ("Verizon") indirectly, through wholly owned subsidiaries, owns 55% of Verizon Wireless, and Vodafone Group Plc ("Vodafone") indirectly, through wholly owned subsidiaries, owns 45% of Verizon Wireless. Verizon and Vodafone, which are not parties to this litigation, are independent, publicly held companies that have no parent corporations, and no publicly held company owns 10% or more of Verizon's or Vodafone's stock.

Dated:  New York, New York
        May 2, 2012

                                                WINSTON & STRAWN LLP

                                                By:  s/ Luke A. Connelly
                                                      Luke A. Connelly

                                                200 Park Avenue
                                                New York, NY  10166-4193
                                                Telephone:  (212) 294-6700
                                                Facsimile:   (212) 294-4700
                                                lconnelly@winston.com
                                                *Attorneys for Defendant*
                                                *Cellco Partnership, d/b/a Verizon Wireless*