UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X   ECF Case

CLUB TEXTING, INC., on behalf of itself and all others similarly situated,

            12-cv-2656 (AJN) (MHD)

            Plaintiff,

            v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA–THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,

**NOTICE OF APPEARANCE**

            Defendants.

------------------------------------------- X

      PLEASE TAKE NOTICE that I, Luke A. Connelly, hereby respectfully enter an appearance for Defendant Cellco Partnership, d/b/a Verizon Wireless in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 2, 2012                    WINSTON & STRAWN LLP

                                          By: <u>s/ Luke A. Connelly</u>
                                                  Luke A. Connelly

                                          200 Park Avenue
                                          New York, NY  10166-4193
                                          Telephone:  (212) 294-6700
                                          Facsimile:   (212) 294-4700
                                          lconnelly@winston.com
                                          *Attorneys for Defendant*
                                          *Cellco Partnership, d/b/a Verizon Wireless*