UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLUB TEXTING, INC., on behalf of itself
and all others similarly situated,
                Plaintiff,

-against-

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, et al.,
                Defendants.

12 cv 2656 (AJN) (ECF Case)

MOTION FOR ADMISSION
PRO HAC VICE

RECEIVED MAY 02 2012 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __David I. Gelfand__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant __Sybase, Inc.__ in the above-captioned action.

    I am in good standing of the bar(s) of the state(s) of Maryland and in the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 30, 2012

                Respectfully Submitted,

                *[signature]*

                Applicant Signature

                Applicant's Name: David I. Gelfand

                Firm Name: Cleary Gottlieb Steen & Hamilton LLP

                Address: 2000 Pennsylvania Avenue, NW

                City / State / Zip: Washington, DC 20006

                Telephone / Fax: Tel. (202) 974-1690 Fax (202) 974-1999

                E-Mail: dgelfand@cgsh.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLUB TEXTING, INC., on behalf of itself
and all others similarly situated,
              Plaintiff,

-against-

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, et al.,
              Defendant.s.

12 cv 2656 ( AJN )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __David I. Gelfand__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Maryland and District of Columbia__; and that his/~~her~~ contact information is as follows (please print):

Applicant's Name: __David I. Gelfand__

Firm Name: __Cleary Gottlieb Steen & Hamilton LLP__

Address: __2000 Pennsylvania Avenue, NW__

City / State / Zip: __Washington, DC   20006__

Telephone / Fax: __Tel. (202) 974-1690  Fax (202) 974-1999__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendant Sybase, Inc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at __nysd.uscourts.gov__

Dated: __April__, 2012

                                                United States District / Magistrate Judge

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-second day of December, 1987,

## David Irving Gelfand

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this thirtieth day of April, 2012.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**DAVID I. GELFAND**

was on the 7TH day of DECEMBER, 1988

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 27, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLUB TEXTING, INC., on behalf of itself and
all others similarly situated,

                12 cv 2656 (AJN)
       Plaintiff,
   -against-           CERTIFICATE OF SERVICE

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, et al.,

       Defendants.
------------------------------------------------------------X

  I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

  1. On the 2nd day of May 2012, the Motion for Admission Pro Hac Vice; the Order for Admission Pro Hac Vice and the Certificates of Good Standing of David I. Gelfand for Maryland and in the District of Columbia were served by First Class Mail upon:

      Jonathan Paul Bach, Esq.
      Ian Ross Shapiro, Esq.
      Cooley Godward Kronish LLP
      1114 Avenue of the Americas
      New York, NY 10036

      Michael James Maloney, Esq.
      Kelley Drye & Warren, LLP
      101 Park Avenue
      New York, NY 10178

      Richard E. Donovan, Esq.
      Kelley Drye & Warren, LLP
      200 Kimball Drive
      Parsippany, NJ 07054

Lawrence Kill, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020

Richard Jo Kilsheimer, Esq.
Robert N. Kaplan, Esq.
Elana Katcher, Esq.
Gregory Keith Arenson, Esq.
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY  10022

Megan Anne Hughes, Esq.
Williams & Connolly LLP
725 12th Street N.W.
Washington, DC  20005

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
       May 2, 2012

_____
Richard V. Conza

2