UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA-THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>      Defendants. | Case No. 12 cv 2656(AJN)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for:

 Defendant Syniverse Technologies, Inc.

I certify that I am admitted to practice in this court.

Dated:  May 3, 2012

            /s Karl Geercken
            ALSTON & BIRD LLP
            90 Park Avenue
            New York, New York 10016
            Tel: 212-210-9400
            Fax: 212-210-9444
            Email: karl.geercken@alston.com
            *Attorneys for Defendant Syniverse Technologies, Inc.*