UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situation,<br><br>  Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA - THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>  Defendant. | Case No. 12-cv-2656 (AJN)<br><br>ECF CASE |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, Michael V. Pinkel, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Sprint Nextel Corporation in the above-captioned action.

I am in good standing of the bars of the state of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

*/s/ Michael V. Pinkel*

Michael V. Pinkel
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: mpinkel@wc.com

*Attorney for Defendant Sprint Nextel Corporation*

Dated: May 3, 2012



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____ MICHAEL PINKEL _____

was on the __16TH__ day of __APRIL, 2009__ duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 27, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
          Deputy Clerk



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### MICHAEL VAN MANEN PINKEL

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that MICHAEL VAN MANEN PINKEL was on the 28th day of December, 2007, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 27th day of April, 2012.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____
*J. Radoc, Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA - THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendant. | Case No. 12-cv-2656 (AJN) |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Michael V. Pinkel for admission to practice Pro Hac vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of California and the District of Columbia, and that his contact information is as follows:

> Michael V. Pinkel
> Williams & Connolly LLP
> 725 Twelfth Street N.W.
> Washington, DC 20005
> Telephone: (202) 434-5000
> Facsimile: (202) 434-5029
> E-Mail: mpinkel@wc.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Sprint Nextel Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filling (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____

United States District Judge Alison J. Nathan

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May 2012 I caused to be served a true and correct copy of the foregoing Motion for Admission Pro Hac Vice via the Court's ECF system upon all counsel of record.

*Megan Hughes*
Megan A. Hughes