UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situation,<br><br>               Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA - THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>               Defendant. | Case No. 12-cv-2656 (AJN)<br><br>ECF CASE |

**DEFENDANT SPRINT NEXTEL CORPORATION'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sprint Nextel Corporation respectfully states that Sprint Nextel Corporation is a publicly held corporation, and that no publicly held corporation owns 10% or more of Sprint Nextel Corporation's stock.

Respectfully submitted,

SPRINT NEXTEL CORPORATION

/s/ John E. Schmidtlein

Dane H. Butswinkas
R. Hackney Wiegmann
John E. Schmidtlein
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: dbutswinkas@wc.com
Email: hwiegmann@wc.com
Email: jschmidtlein@wc.com

*Counsel for Defendant Sprint Nextel Corporation*

Dated: May 3, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2012 I caused to be served a true and correct copy of Defendant Sprint Nextel Corporation's Rule 7.1 Corporate Disclosure Statement via the Court's ECF system upon all counsel of record.

_____
Megan A. Hughes