AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

CLUB TEXTING, INC., on behalf of itself and all others similarly situated,

v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA-THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3 CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,

**APPEARANCE**

Case Number: 12 Cv. 2656 (AJN) (MHD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CTIA - The Wireless Association

I certify that I am admitted to practice in this court.

May 2, 2012
Date

Signature

Scott Martin                                    SM-7373
Print Name                                      Bar Number

Greenberg Traurig, LLP, 200 Park Avenue
Address

New York, New York   10166
City              State              Zip Code

(212) 801-2231                    (212) 805-9230
Phone Number                      Fax Number