UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLUB TEXTING, INC., on behalf of itself
all others similarly situated,

                Plaintiffs,

-against-

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, AT&T MOBILITY LLC,
SPRINT NEXTEL CORPORATION,
T-MOBILE USA, INC., U.S. CELLULAR
CORPORATION, CTIA-THE WIRELESS
ASSOCIATION, CLEARSKY MOBILE
MEDIA, INC., ERICSSON IPX, MBLOX
INCORPORATED, OPENMARKET INC.,
SYBASE, INC., SOUNDBITE
COMMUNICATIONS, INC., SYNIVERSE
TECHNOLOGIES, INC., UPOC
NETWORKS, INC., VIBES MEDIA,
3 CINTERACTIVE, L.L.C., and
WMC GLOBAL, INC.,

                Defendants.
------------------------------------------------------------X

12-cv-2656 (AJN)(MHD)

**Rule 7.1 Disclosure Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for defendant CTIA - The Wireless Association ("CTIA") state that CTIA is a corporation organized pursuant to 26 U.S.C. § 501(c)(6), and that CTIA has no parent corporation and no publicly held corporation owning 10 percent or more of its stock.

Dated:     May 3, 2012
             New York, New York

Respectfully submitted,

_____
Scott Martin
martinsc@gtlaw.com

GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
Telephone (212) 801-9200
Facsimile (212) 801-6400

*Attorneys for Defendant
CTIA - The Wireless Association*

NY 241,963,732v1

Of Counsel:

Ruth A. Bahe-Jachna
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8421
Facsimile: (312) 899-0312
baher@gtlaw.com

Michael D. McNeely
Law Offices of Michael D. McNeely
2748 Stephenson Lane, NW
Washington, DC 20015
Telephone: (202) 966-0428
mikemcneely@mac.com