AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| CLUB TEXTING, INC. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No.  12-cv-02656 (AJN) |
| CELLCO PARTNERSHIP | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

3Cinteractive, LLC

Date:   05/03/2012

*Attorney's signature*

Nathaniel P.T. Read (NR-8807)
*Printed name and bar number*

Cohen & Gresser LLP
800 Third Avenue, 21st Floor
New York, NY  10022

*Address*

nread@cohengresser.com
*E-mail address*

(212) 957-7069
*Telephone number*

(212) 957-4514
*FAX number*