UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situated, | **ECF Case** |
| Plaintiff, | 12-cv-2656 (AJN) (MHD) |
| - against - | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA–THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., AND WMC GLOBAL, INC.,, | NOTICE OF APPEARANCE |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that I, Joel M. Cohen, hereby respectfully enter an appearance for Defendant T-Mobile USA, Inc. in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
May 4, 2012

DAVIS POLK & WARDWELL LLP

By:  /s/ Joel M. Cohen
     Joel M. Cohen

450 Lexington Avenue
New York, New York  10017
Telephone:   (212) 450-4000
Facsimile:   (212) 701-5800
Email:   joel.cohen@davispolk.com

*Attorneys For Defendant T-Mobile USA, Inc.*