```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 7 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLUB TEXTING, INC., on behalf of itself
and all others similarly situated,
                            Plaintiff,

            -against-

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, et al.,
                            Defendant.s.

12 cv 2656    ( AJN )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __David I. Gelfand__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Maryland and District of Columbia__; and that his/~~her~~ contact information is as follows (please print):

Applicant's Name: __David I. Gelfand__

Firm Name: __Cleary Gottlieb Steen & Hamilton LLP__

Address: __2000 Pennsylvania Avenue, NW__

City / State / Zip: __Washington, DC  20006__

Telephone / Fax: __Tel. (202) 974-1690 Fax (202) 974-1999__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendant Sybase, Inc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at __nysd.uscourts.gov__

Dated: ~~April~~ MAY 7, 2012

_____
United States District / ~~Magistrate~~ Judge