## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CLUB TEXTING, INC., on behalf of itself and all others similarly situated,

        Plaintiff,

        v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY, LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA– THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., And WMC GLOBAL, INC.,

        Defendants.

Case No. 1:12-cv-02656-AJN



**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Ross C. Paolino, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for MBLOX INCORPORATED in the above-captioned action.

I am in good standing of the bar(s) of the State of Florida and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 8, 2012

Respectfully Submitted,

Ross C. Paolino
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Fax: (202) 339-8500
rpaolino@orrick.com



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida        )

County of Leon        )

In Re:        56688
Ross Christopher Paolino
Orrick Herrington & Sutcliffe, LLP
1152 15th St. NW
Washington, DC

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 25, 2008.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 26th day of April, 2012.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssTH1:R10



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, *JULIO A. CASTILLO*, *Clerk of the District of Columbia Court of Appeals, do hereby certify that*

## ROSS   CHRISTOPHER   PAOLINO

*was on the*   4TH   *day of*   *NOVEMBER, 2011*

*duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 27, 2012.*

*JULIO A. CASTILLO*
*Clerk of the Court*

By: _____
*Deputy Clerk*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY, LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA–THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., And WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 1:12-cv-02656-AJN<br><br><br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Ross C. Paolino, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Florida and the District of Columbia; and that his contact information is as follows:

Applicant's Name:     Ross C. Paolino

Firm Name:     Orrick, Herrington & Sutcliffe LLP

Address:     Columbia Center, 1152 15th St., N.W.

City/State/Zip:     Washington, D.C. 20005

Telephone/Fax:     Tel. (202) 339-8400; Fax (202) 339-8500

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant MBLOX INCORPORATED in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.


Dated: <u>May         , 2012</u>

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY, LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA– THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., And WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 1:12-cv-02656-AJN<br><br><br>**DECLARATION OF SERVICE** |

Narae Lee hereby declares as follows:

1. I am not a party to the above case, am over eighteen years old, and am employed by Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, New York 10019.

2. On May 8, 2012, I served the Motion to Admit Ross C. Paolino Pro Hac Vice, by placing a true and correct copy thereof in postage prepaid envelopes, for first class mail delivery, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, on counsel to all parties listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
May 8, 2012

_Narae Lee_
Narae Lee

TO:


**Richard Jo Kilsheimer**
**Robert N. Kaplan**
**Elana Katcher**
**Gregory Keith Arenson**
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (fax)
rkilsheimer@kaplanfox.com
rkaplan@kaplanfox.com
ekatcher@kaplanfox.com
garenson@kaplanfox.com
*Counsel for Plaintiff Club Texting, Inc.*


**Jonathan Paul Bach**
**Ian Ross Shapiro**
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
212-479-6000
212-208-2634 (fax)
jbach@cooley.com
ishapiro@cooley.com
*Counsel for Defendant Soundbite Communications, Inc.*


**Thomas Edward Bezanson**
Cohen & Gresser, LLP
800 Third Avenue 21st, Floor
New York, NY 10022
(212) 957-7608
(212) 957-4514 (fax)
tbezanson@cohengresser.com

*Counsel for Defendant 3Cinteractive, L.L.C.*


**Luke A. Connelly**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212)-294-6882
(212)-294-4700 (fax)
lconnelly@winston.com
*Counsel for Defendant Cellco Partnership*


**Richard E. Donovan**
Kelley Drye & Warren LLP
200 Kimball Drive
Parsippany, NJ 07054
212 808-7800
212 808-7897 (fax)
rdonovan@kelleydrye.com

**Michael James Maloney**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
(212) 808-7706
(212) 808-7897 (fax)
mmaloney@kelleydrye.com
*Counsel for Defendant WMC Global, Inc.*


**Karl Geercken**
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
212-210-9400
212-210-9444 (fax)
karl.geercken@alston.com
*Counsel for Defendant Syniverse Technologies, Inc.*


**David I. Gelfand**
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202)974-1690

(202) 974-1999 (fax)
*Counsel for Defendant SYBASE, Inc.*


**Megan Anne Hughes**
Williams & Connolly LLP
725 12th street N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (fax)
mhughes@wc.com
*Counsel for Defendant Sprint Nextel Corporation*


**Lawrence Kill**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
(212) 278-1733 (fax)
lkill@andersonkill.com
*Counsel for Defendant U.S. Cellular Corporation*


**Scott Allan Martin**
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
212-801- 2231
212-805-9230 (fax)
martinsc@gtlaw.com
*Counsel for Defendant CTIA-The Wireless Association*