UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situation,<br><br>            Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA - THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>            Defendant. | Case No. 12-cv-2656 (AJN)<br><br>ECF CASE |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, Michael V. Pinkel, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Sprint Nextel Corporation in the above-captioned action.

I am in good standing of the bars of the state of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

*/s/ Michael V. Pinkel*

Michael V. Pinkel
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: mpinkel@wc.com

*Attorney for Defendant Sprint Nextel Corporation*

Dated: May 3, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situation,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA - THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>    Defendant. | Case No. 12-cv-2656 (AJN) |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Michael V. Pinkel for admission to practice Pro Hac vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of California and the District of Columbia, and that his contact information is as follows:

  Michael V. Pinkel
  Williams & Connolly LLP
  725 Twelfth Street N.W.
  Washington, DC 20005
  Telephone: (202) 434-5000
  Facsimile: (202) 434-5029
  E-Mail: mpinkel@wc.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Sprint Nextel Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filling (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____                    _____

United States District Judge Alison J. Nathan

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2012 I caused to be served a true and correct copy of the foregoing Motion for Admission Pro Hac Vice via U.S. mail upon:

Robert N. Kaplan
Richard J. Kilsheimer
Gregory Keith Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
Email: rkilsheimer@kaplanfox.com
Email: garenson@kaplanfox.com
Email: ekatcher@kaplanfox.com

*Attorneys for Plaintiffs*

Luke A. Connelly
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6882
Facsimile: (212) 294-4700
Email: lconnelly@winston.com

*Attorney for Defendant Cellco Partnership d/b/a/ Verizon Wireless*

Joel Murray Cohen
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4592
Facsimile: (212) 450-3592
Email: joel.cohen@dpw.com

*Attorney for Defendant T-Mobile USA, Inc.*

Lawrence Kill
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
Email: lkill@andersonkill.com

*Attorney for Defendant U.S. Cellular Corp.*

Scott Allan Martin
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-2231
Facsimile: (212) 805-9230
Email: martinsc@gtlaw.com

*Attorney for Defendant CTIA – The Wireless Association*

Robert L. Sills
ORRICK, HERRINGTON & SUTCLIFFE
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5110
Facsimile: (212) 506-5151
Email: rsills@orrick.com

*Attorney for Defendant MBLOX Inc.*

David I. Gelfand
CLEARLY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1690
Facsimile: (202) 974-1999
Email: dgelfand@cgsh.com

*Attorney for Defendant Sybase, Inc.*

Jonathan Paul Bach
Ian Ross Shapiro
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6470
Facsimile: (212) 479-6275
Email: jbach@cooley.com
Email: ishapiro@cooley.com

*Attorneys for Defendant
Soundbite Communications, Inc.*

Karl Geercken
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorney for Defendant Syniverse
Technologies, Inc.*

Karen H. Bromberg
Nathaniel P.T. Read
Thomas Edward Bezanson
COHEN & GRESSER, LLP
800 Third Ave, 21st Floor
New York, NY 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
Email: kbromberg@cohengresser.com
Email: nread@cohengresser.com
Email: tbezanson@conhengresser.com

*Attorneys for Defendant
3Cinteractive, LLC*

Richard E. Donovan
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, NJ 07054
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: rdonovan@kelleydrye.com

Michael James Maloney
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7706
Facsimile: (212) 808-7897
Email: mmaloney@kelleydrye.com

*Attorneys for Defendant WMC
Global, Inc.*

Megan A. Hughes



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____MICHAEL  PINKEL_____

was on the __16^TH__ day of __APRIL,  2009__ duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 27, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
    Deputy Clerk



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MICHAEL VAN MANEN PINKEL*

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* MICHAEL VAN MANEN PINKEL *was on the 28th day of December, 2007, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 27th day of April, 2012.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____
*J. Radoc, Deputy Clerk*