UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
CLUB TEXTING, INC., on behalf of itself and all others similarly situated,

                        Plaintiff,

                        v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA–THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ECF Case

12-cv-2656 (AJN) (MHD)

**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas James Frederick, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Cellco Partnership, d/b/a Verizon Wireless in the above-captioned action.

      I am a member in good standing of the Bar of the State of Illinois, and a copy of my Certificate Of Good Standing from the Bar of the State of Illinois is attached. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: May 4, 2012
       Chicago, Illinois

                                  Respectfully Submitted,

                                  _____
                                  Thomas James Frederick
                                  Winston & Strawn LLP
                                  35 West Wacker Drive
                                  Chicago, IL 60601-9703
                                  T: (312) 558-5600
                                  F: (312) 558-5700
                                  tfrederick@winston.com

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Thomas James Frederick

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 16, 1984 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, May 03, 2012.

*Carolyn Taft Grosboll*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X  ECF Case

CLUB TEXTING, INC., on behalf of itself and all others similarly situated,

12-cv-2656 (AJN) (MHD)

Plaintiff,

v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA–THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,

ORDER FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Defendants.

------------------------------------X

The motion of Thomas James Frederick, for admission to practice *Pro Hac Vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the Bar of the State of Illinois; and that his contact information is as follows:

> Thomas James Frederick
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601-9703
> T: (312) 558-5600
> F: (312) 558-5700
> tfrederick@winston.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Cellco Partnership, d/b/a Verizon Wireless in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  If this order is signed, counsel shall immediately apply for an ECF password.

Dated: May ___, 2012

                                                    Hon. Alison J. Nathan
                                                    United States District Judge

## Certificate of Service

I, Brendan D. O'Brien, pursuant to 28 U.S.C. § 1746, hereby certify that on May 10, 2012, Thomas James Frederick's Motion to Admit Counsel *Pro Hac Vice* was served via U.S. Mail upon the following:

Robert N. Kaplan
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022

Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022

Gregory Keith Arenson
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022

Richard Jo Kilsheimer
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022

Megan Anne Hughes
Williams & Connolly LLP
725 12th Street N.W.
Washington, DC 20005

Joel Murray Cohen
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Lawrence Kill
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Carrie Maylor DiCanio
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Scott Allan Martin
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Robert L. Sills
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

Ross C. Paolino
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

David I. Gelfand
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

Jonathan Paul Bach
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

Ian Ross Shapiro
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

Karl Geercken
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016

Basileios Katris
Horwood Marcuz & Berk Chartered
500 W. Madison Street, Suite 3700
Chicago, IL 60661

Karen H. Bromberg
Cohen & Gresser, LLP
800 Third Avenue, 21st Floor
New York, NY 10022

Nathaniel P. T. Read
Cohen & Gresser, LLP
800 Third Avenue, 21st Floor
New York, NY 10022

Thomas Edward Bezanson
Cohen & Gresser, LLP
800 Third Avenue, 21st Floor
New York, NY 10022

Richard E. Donovan
Kelley Drye & Warren LLP
200 Kimball Drive
Parsippany, NJ 07054

Michael James Maloney
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
May 10, 2012

_____
Brendan D. O'Brien