UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 12 CV 2656 (AJN)<br>ECF Case<br><br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Jennifer L. Stewart, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for SoundBite Communications, Inc. in the above-captioned action.

I am in good standing of the bar of the state of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 9, 2012

Respectfully submitted,

JENNIFER L. STEWART
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Tel: 617-937-2351
Fax: 617-937-2400
jstewart@cooley.com

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirtieth** day of **January** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

**Jennifer Leigh Stewart**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventh** day of **May** in the year of our Lord **two thousand and twelve**.

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 12 CV 2656 (AJN)<br>ECF Case<br><br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

The motion of Jennifer L. Stewart, for admission to practice *pro hac vice* in the above-captioned action is granted.

Jennifer L. Stewart has declared that she is a member in good standing of the bar of the state of Massachusetts; and that her contact information is as follows:

Applicant's Name: Jennifer L. Stewart

Firm Name: Cooley LLP

Address 1: 500 Boylston St.

City/State/Zip: Boston, MA 02116-3736

Phone Number: (617) 937-2351

Fax Number: (617) 937-2400

Email Address: jstewart@cooley.com

- 2 -

IT IS HEREBY ORDERED that Jennifer L. Stewart is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____
       New York, New York

 

_____
United States District/Magistrate Judge

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )   ss.:
COUNTY OF NEW YORK     )

HECTOR GONZALEZ being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the County of Kings and State of New York, and that on the 9th day of May, 2012 deponent served the **Motion for Admission of Jennifer L. Stewart Pro Hac Vice** upon:

Richard Jo Kilsheimer
Robert N. Kaplan
Elana Katcher
Gregory Keith Arenson
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
*Attorneys for Plaintiff Club Texting*

Thomas Edward Bezanson
Cohen & Gresser, LLP
800 Third Avenue, 21st Floor
New York, NY 10022
*Attorney for Defendant 3Cinteractive, L.L.C.*

Richard E. Donovan
Kelley Drye & Warren LLP
200 Kimball Drive
Parsippany, NJ 07054

Michael James Maloney
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
*Attorneys for Defendant WMC Global, Inc.*

Karl Geercken
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
*Attorney for Defendant Syniverse Technologies, Inc.*

David I. Gelfand
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
*Attorney for Defendant SYBASE, Inc.*

Megan Anne Hughes
Williams & Connolly, LLP
725 12th Street, NW
Washington, DC 2005
*Attorney for Defendant Sprint Nextel Corporation*

Lawrence Kill
Anderson Kill & Olick, P.C.
1251 Avenue of Americas
New York, NY 10020
*Attorney for U.S. Cellular Corporation*

Scott Allan Martin
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
*Attorney for Defendant CTIA-The Wireless Association*

Luke A. Connelly
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
*Attorney for Defendant Cellco Partnership*

By depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope, which I deposited in an official depository under exclusive care and custody of the United States Postal Service within the State of New York.

_____
Hector Gonzalez

Sworn to before me this
9th day of May, 2012

_____
Notary Public
1872905 v1/NY

[Notary stamp: MICHAEL SOLOMON SCHWARTZ, Notary Public - State of New York, No. 02SC6199769, Qualified in New York County, Commission Expires 11/17/2012]