UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC. on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 12 CV 2656 (AJN)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: MAY 1 1 2012 |

The motion of Basileios Katris, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared he is a member in good standing of the bar of the State of Illinois; and that his contact information is as follows:

        Applicant's Name:   Basileios Katris

        Firm Name:   Horwood Marcus & Berk Chartered

        Address:  500 W. Madison Street, Suite 3700

        City/State/Zip: Chicago, Illinois 60661

        Telephone/Fax: (312) 606-3200/ (312) 606-3232

        E-Mail:  bkatris@hmblaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Vibes Media in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for ECF password at **apply for an ECF PASSWORD.**

Dated:

May 11, 2012

Hon. Alison J. Nathan
United States District/~~Magistrate~~ Judge

1405593/1/3817.007