UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 12 CV 2656 (AJN)<br>ECF Case<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: MAY 1 4 2012 |

The motion of Jennifer L. Stewart, for admission to practice *pro hac vice* in the above-captioned action is granted.

Jennifer L. Stewart has declared that she is a member in good standing of the bar of the state of Massachusetts; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Jennifer L. Stewart |
| Firm Name: | Cooley LLP |
| Address 1: | 500 Boylston St. |
| City/State/Zip: | Boston, MA 02116-3736 |
| Phone Number: | (617) 937-2351 |
| Fax Number: | (617) 937-2400 |
| Email Address: | jstewart@cooley.com |

- 2 -

IT IS HEREBY ORDERED that Jennifer L. Stewart is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: May 14, 2012
New York, New York

Hon. Alison J. Nathan
United States District/~~Magistrate~~ Judge