UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | | |
|---|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situated, | : | **ECF Case** |
| | : | |
| Plaintiff, | : | 12-cv-2656 (AJN) (MHD) |
| | : | |
| v. | : | |
| | : | **NOTICE OF APPEARANCE** |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC., | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------- x

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Steven M. Bierman, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant AT&T Mobility LLC, and requests that copies of all papers in this proceeding be forwarded to the undersigned counsel.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
      May 14, 2012

SIDLEY AUSTIN LLP

By: _/s/ Steven M. Bierman_
Steven M. Bierman
(sbierman@sidley.com)
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
*Attorneys for Defendant*
*AT&T Mobility LLC*