UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situated, | ECF Case |
| Plaintiff, | 12-cv-2656 (AJN) (MHD) |
| v. | **RULE 7.1 STATEMENT** |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC., | |
| Defendants. | |

------------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant AT&T Mobility LLC certifies that (1) AT&T Mobility LLC is a limited liability company formed under the laws of the State of Delaware and is a wholly owned indirect subsidiary of AT&T Inc., and (2) that no publicly held corporation owns 10% or more of AT&T Inc.'s stock.

Dated: New York, New York
       May 14, 2012

SIDLEY AUSTIN LLP

By: /s/ Steven M. Bierman
Steven M. Bierman
(sbierman@sidley.com)
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
*Attorneys for Defendant*
*AT&T Mobility LLC*