COHEN & GRESSER LLP
KAREN H. BROMBERG
kbromberg@cohengresser.com
THOMAS E. BEZANSON
tbezanson@cohengresser.com
NATHANIEL P.T. READ
nread@cohengresser.com
800 Third Avenue
New York, New York 10022
Phone:  (212) 957 7600
Fax:  (212) 957 4514

*Attorneys for Defendant 3Cinteractive, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
CLUB TEXTING, INC., on behalf of itself and all    :
others similarly situated                                             :
                                                                                  :   ECF case
                                    Plaintiff,              :   (electronically filed)
                                                                                  :
              -v.-                                                           :
                                                                                  :   Case No. 1:12-cv-02656-AJN
CELLCO PARTNERSHIP d/b/a VERIZON            :
WIRELESS, AT&T MOBILITY LLC, SPRINT         :
NEXTEL CORPORATION, T-MOBILE USA, INC., :   **RULE 7.1 STATEMENT**
U.S. CELLULAR CORPORATION, CTIA-THE       :
WIRELESS ASSOCATION, CLEARSKY MOBILE   :
MEDIA, INC., ERICSSON IPX, MBLOX                  :
INCORPORATED, SYBASE, INC., SOUNDBITE    :
COMMUNICATIONS, INC., SYNIVERSE              :
TEHCNOLOGIES, INC. UPOC NETWORKS,          :
INC., VIBES MEDIA, 3CINTERACTIVE, LLC, and :
WMC GLOBAL, INC.,                                             :
                                                                                  :
                                    Defendants.         :
------------------------------------------------------------------ x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for 3Cinteractive, LLC ("3Cinteractive"), a private non-governmental party, certifies that 3Cinteractive does not have any parent corporation, and no publicly held corporation owns 10% or more of 3Cinteractive's stock.

Dated: May 15, 2012
      New York, New York

                          COHEN & GRESSER LLP

                         By:   / nathaniel p.t. read /
                              KAREN H. BROMBERG
                              kbromberg@cohengresser.com
                              THOMAS E. BEZANSON
                              tbezanson@cohengresser.com
                              NATHANIEL P.T. READ
                              nread@cohengresser.com
                              COHEN & GRESSER LLP
                              800 Third Avenue
                              New York, New York 10022
                              Phone:  (212) 957-7600
                              Fax:  (212) 957-4514

                     *Attorneys for Defendant 3Cinteractive, LLC*