UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X   **ECF Case**
CLUB TEXTING, INC., on behalf of itself and all others similarly situated,

        12-cv-2656 (AJN) (MHD)

        Plaintiff,

v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA–THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,

        ORDER FOR ADMISSION OF
        COUNSEL *PRO HAC VICE*

        USDC SDNY
        DOCUMENT
        ELECTRONICALLY FILED
        DOC #: _____
        DATE FILED: MAY 1 5 2012

        Defendants.
---------------------------------------X

      The motion of Christopher Blair Essig, for admission to practice *Pro Hac Vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the Bar of the State of Illinois; and that his contact information is as follows:

        Christopher Blair Essig
        Winston & Strawn LLP
        35 West Wacker Drive
        Chicago, IL 60601-9703
        T: (312) 558-5600
        F: (312) 558-5700
        cessig@winston.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Cellco Partnership, d/b/a Verizon Wireless in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  If this order is signed, counsel shall immediately apply for an ECF password.

Dated: May 15, 2012

                                                              Hon. Alison J. Nathan
                                                              United States District Judge