UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X  ECF Case
CLUB TEXTING, INC., on behalf of itself and all others
similarly situated,                       :  12-cv-2656 (AJN) (MHD)
                                          :
                    Plaintiff,            :
                                          :
        v.                                :
                                          :
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,:
AT&T MOBILITY LLC, SPRINT NEXTEL          :
CORPORATION, T-MOBILE USA, INC., U.S.     :  ORDER FOR ADMISSION OF
CELLULAR CORPORATION, CTIA–THE WIRELESS   :  COUNSEL *PRO HAC VICE*
ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., :
ERICSSON IPX, MBLOX INCORPORATED, SYBASE, :
INC., SOUNDBITE COMMUNICATIONS, INC.,     :
SYNIVERSE TECHNOLOGIES, INC., UPOC        :
NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE,:
L.L.C., and WMC GLOBAL, INC.,             :
                                          :
                    Defendants.           :
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 1 5 2012
```

The motion of Thomas James Frederick, for admission to practice *Pro Hac Vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the Bar of the State of Illinois; and that his contact information is as follows:

> Thomas James Frederick
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601-9703
> T: (312) 558-5600
> F: (312) 558-5700
> tfrederick@winston.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Cellco Partnership, d/b/a Verizon Wireless in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this order is signed, counsel shall immediately apply for an ECF password.

Dated: May 15, 2012

                                             Hon. Alison J. Nathan
                                             United States District Judge