UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | 12-cv-2656 (AJN)<br><br>ECF CASE |

### DEFENDANT SYBASE, INC.'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sybase, Inc. respectfully states that SAP America, Inc., a privately held corporation, is the parent of and owns more than 10% of the stock of Sybase, Inc. SAP America, Inc. is the U.S. operating subsidiary of SAP AG, a German stock corporation. American Depository Receipts of SAP AG are publicly traded on the New York Stock Exchange with a trading symbol SAP.

Dated:  May 17, 2012　　　　　　　　Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ David I. Gelfand
David I. Gelfand (Pro Hac Vice)

2000 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:　(202) 974-1690
Facsimile:　(202) 974-1999
Email:　　　dgelfand@cgsh.com

Attorney for Sybase, Inc.

## CERTIFICATE OF SERVICE

I, Heather E. Watson, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On May 17, 2012, I caused a true and correct copy of the foregoing document to be served by electronic transmission through the Court's CM/ECF system to counsel registered to receive electronic notification, and via U.S. Mail to the following counsel of record:

**Basileios Katris**
Horwood Marcuz & Berk Chartered
500 W. Madison Street, Suite 3700
Chicago, IL 60661

**Jennifer L Stewart**
Cooley LLP
500 Boylston Street
Boston, MA 02116

**David F Smutny**
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

**Michael V Pinkel**
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

**Thomas James Frederick**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Date: May 17, 2012                              By: /s/ Heather Watson
                                                    Heather E. Watson