UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC, on behalf of itself and others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | **ECF Case**<br><br>Case No. 12 Civ. 2656 (AJN)<br><br>**MOTION FOR ADMISSION** ***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Patrick J. Pascarella, hereby move this Court for an Order for admission to practice *pro hac vice* to represent Ericsson Inc. d/b/a Ericsson IPX in the above-captioned action.

I am a member in good standing of the bars of the State of Ohio and the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. Attached as Exhibit A is a Certficate of Good Standing for the State of Ohio. Attached as Exhibit B is a Certificate of Good Standing for the District of Columbia.

I have paid the filing fee of $200.00 with this Motion for Admission *Pro Hac Vice*. My office address, office telephone number and facsimile number, and office email address are as follows:

Patrick J. Pascarella
Tucker Ellis LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 44115
Telephone: (216) 696-4936
Facsimile: (216) 592-5009
Email: pat.pascarella@tuckerellis.com

Dated: May 17, 2012
New York, New York

Respectfully Submitted,

_____
Patrick J. Pascarella

Tucker Ellis LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 44115
Tel: (216) 696-4936
Fax: (216) 592-5009

*Attorneys for Ericsson Inc. d/b/a Ericsson IPX*

# EXHIBIT A

# The Supreme Court of Ohio

CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Patrick Joseph Pascarella

was admitted to the practice of law in Ohio on November 01, 1983; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 8th day of May, 2012.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*

# EXHIBIT B



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D.C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**PATRICK   J.   PASCARELLA   JR.**

was on the __8^{TH}__ day of ____NOVEMBER, 1985____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 10, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE BY MAIL

I, Denise Alvarez, hereby certify, under penalty of perjury, that on May 17, 2012, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice* and proposed Order for Admission *Pro Hac Vice* to be served by mail upon:

Robert N. Kaplan, Esq.
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022

Luke A. Connelly, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Steven M. Bierman, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Megan Anne Hughes, Esq.
Williams & Connolly LLP
725 12th Street N.W.
Washington, DC 20005

Joel Murray Cohen, Esq.
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017

Lawrence Kill, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Scott Allan Martin, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York., NY 10166

Robert L. Sills, Esq.
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

David I. Gelfand, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

Jonathan Paul Bach, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

Karl Geercken, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016

Basileios Katris, Esq.
Horwood Marcuz & Berk Chartered
500 W. Madison Street, Suite 3700
Chicago, IL 60661

Karen H. Bromberg, Esq.
Cohen & Gresser, LLP
800 Third Avenue, 21st Floor
New York, NY 10022

Richard E. Donovan, Esq.
Kelley Drye & Warren LLP
200 Kimball Drive
Parsippany, NJ 07054

_____
Denise Alvarez, Esq.