UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X   ECF Case

CLUB TEXTING, INC., on behalf of itself and all others similarly situated,

12-cv-2656 (AJN) (MHD)

                Plaintiff,

                v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA–THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,

**NOTICE OF APPEARANCE**

                Defendants.

------------------------------------------- X

      PLEASE TAKE NOTICE that I, Thomas James Frederick, hereby respectfully enter an appearance for Defendant Cellco Partnership, d/b/a Verizon Wireless in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

      I certify that I am admitted to practice *pro hac vice* in this action.

Dated: Chicago, Illinois
       May 18, 2012

WINSTON & STRAWN LLP

By: s/ Thomas James Frederick
     Thomas James Frederick

35 W. Wacker Drive
Chicago, IL  60601-9703
Telephone:  (312) 558-5600
Facsimile:   (312) 558-5700
tfrederick@winston.com
*Attorneys for Defendant*
*Cellco Partnership, d/b/a Verizon Wireless*