UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CLUB TEXTING, INC., on behalf of itself and all others
similarly situated,

                    Plaintiff,

                    v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,
AT&T MOBILITY LLC, SPRINT NEXTEL
CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR
CORPORATION, CTIA – THE WIRELESS ASSOCIATION,
CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX,
MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE
COMMUNICATIONS, INC., SYNIVERSE
TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES
MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL,
INC.,

                    Defendants.
------------------------------------------------------------x

ECF Case

12-cv-2656 (AJN) (MHD)

**MOTION FOR ADMISSION PRO HAC VICE**



PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Linton J. Childs, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant AT&T Mobility LLC in the above captioned action.

I am a member in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Date: May 17, 2012

Respectfully submitted,

_/s/ Linton J. Childs_
Linton J. Childs
(lchilds@sidley.com)
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603-2323
Tel: (312) 853-7000
Fax: (312) 853-7036

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

CLUB TEXTING, INC., on behalf of itself and all others similarly situated,

                Plaintiff,

v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,

                Defendants.

------------------------------------------------------------------x

**ECF Case**

12-cv-2656 (AJN) (MHD)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

The motion of Linton J. Childs for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Illinois, and that his contact information is as follows:

> Linton J. Childs
> Sidley Austin LLP
> One South Dearborn Street
> Chicago, IL 60603-2323
> Tel: (312) 853-7000
> Fax: (312) 853-7036
> lchilds@sidley.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for AT&T Mobility LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:

                                                     Honorable Alison J. Nathan
                                                   United States District Judge

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Linton Jeffries Childs

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1988 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, May 16, 2012.

*Carolyn Taft Grosboll*

Clerk

STATE OF NEW YORK        )
                         )   S.S.
COUNTY OF NEW YORK       )

I, James Cagney, being over the age of eighteen (18) years, not a party to this action, and being first duly sworn, state on oath that on May 21, 2012, I served the foregoing Motion for Admission Pro Hac Vice and attachments thereto, via first-class mail with postage prepaid, upon:

Robert N. Kaplan
Elana Katcher
Gregory Keith Arenson
Richard Jo Kilsheimer
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue, 14th Floor
New York, NY 10022

Luke A. Connelly
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166

Scott Allan Martin
Greenberg Traurig, LLP (NY)
200 Park Avenue
New York, NY 10166

Thomas James Frederick
Winston & Strawn LLP (IL)
35 West Wacker Drive
Chicago, IL 60601

Megan Anne Hughes
Michael V. Pinkel
Williams & Connolly LLP
725 12th Street N.W.
Washington, DC 20005

Joel Murray Cohen
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017

Lawrence Kill
Carrie Maylor DiCanio
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Patrick J Pascarella
Tucker Ellis LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115

Robert L. Sills
Orrick, Herrington & Sutcliffe LLP (NYC)
51 West 52nd Street
New York, NY 10019

David F. Smutny
Ross C. Paolino
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

David I. Gelfand
Cleary Gottlieb Steen & Hamilton LLP (DC)
2000 Pennsylvania Avenue, NW
Washington, DC 20006

Jonathan Paul Bach
Ian Ross Shapiro
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

Jennifer L. Stewart
Cooley LLP
500 Boylston Street
Boston, MA 02116

Karl Geercken
Alston & Bird, LLP(NYC)
90 Park Avenue
New York, NY 10016

Mark A. McCarty
Peter Kontio
1 Atlantic Center
Alston & Bird, L.L.P.
1201 West Peachtree Street
Atlanta, GA 30309-3424

2

Basileios Katris
Horwood Marcuz & Berk Chartered
500 W. Madison Street, Suite 3700
Chicago, IL 60661

Karen H. Bromberg
Nathaniel P. T. Read
Thomas Edward Bezanson
Cohen & Gresser, LLP
800 Third Avenue, 21ST Floor
New York, NY 10022

Richard E. Donovan
Kelley Drye & Warren LLP(NJ)
200 Kimball Drive
Parsippany, NJ 07054

Michael James Maloney
Kelley Drye & Warren, LLP (NY)
101 Park Avenue
New York, NY 10178

_____
James Cagney

Subscribed and sworn to me this
21nd day of May, 2012.

_____
Notary Public

ROBERT SINGH
Notary Public, State of New York
No. 01SI5066550
Qualified in Kings County
Certificate Filed in New York County
Commission Expires September 30, 20__

3