```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 2 2 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLUB TEXTING, INC, on behalf of itself and others similarly situated,

Plaintiffs,

- against -

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,

Defendants.

---

**ECF Case**

Case No. 12 Civ. 2656 (AJN)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of Patrick J. Pascarella for admission to practice *pro hac vice* is hereby granted.

Mr. Pascarella moved this Court for admission *pro hac vice* to represent Ericsson Inc. d/b/a Ericsson IPX in the above-captioned action.

Mr. Pascarella has declared that he is a member of good standing of the bars of the State of Ohio and the District of Columbia and that his contact information is as follows:

> Patrick J. Pascarella
> Tucker Ellis LLP
> 925 Euclid Avenue, Suite 1150
> Cleveland, Ohio 44115
> Telephone: (216) 696-4936
> Facsimile: (216) 592-5009
> Email: pat.pascarella@tuckerellis.com

**IT IS HEREBY ORDERED** that Patrick J. Pascarella is admitted to practice *pro*

2

*hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated: May 22, 2012
       New York, New York

_____
ALISON J. NATHAN
United States District Judge