UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CLUB TEXTING, INC., on behalf of itself and all others similarly situated,

        Plaintiff,

- against -

CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA–THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., AND WMC GLOBAL, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF Case**

12-cv-2656 (AJN) (MHD)

ORDER FOR ADMISSION
PRO HAC VICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 01 2012

    The motion of Christopher B. Hockett, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

    Christopher B. Hockett
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, CA 94025
    Telephone:  (650) 752-2000
    Facsimile:  (650) 752-2111
    Email:  chris.hockett@davispolk.com

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant T-Mobile USA, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF password.

Dated: 6/1/12

United States District/~~Magistrate~~ Judge

2