UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 12 CV 2656 (AJN)(MHD)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: JUN 01 2012 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CLEARSKY MOBILE MEDIA, INC. N/K/A CLEARSKY TECHNOLOGIES, INC.

Plaintiff Club Texting, Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of the dismissal without prejudice of defendant ClearSky Mobile Media, Inc., n/k/a ClearSky Technologies, Inc. from the above-captioned action, the parties to bear their own fees and costs.

Dated: May 29, 2012                                Respectfully submitted,

SO ORDERED: 6/1/12

ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

KAPLAN FOX & KILSHEIMER LLP

By: /s/ Gregory K. Arenson
Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
Elana Katcher
850 Third Avenue
14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Emails: rkaplan@kaplanfox.com
　　　　garenson@kaplanfox.com
　　　　rkilsheimer@kaplanfox.com
　　　　ekatcher@kaplanfox.com

Counsel for Plaintiff Club Texting, Inc.

2

## CERTIFICATE OF SERVICE

    I, Elana Katcher, declare that, on May 29, 2012, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice of Defendant Clearsky Mobile Media, Inc. n/k/a Clearsky Technologies, Inc. to be delivered to all counsel of record via the Court's ECF system.

                                                                 /s/ Elana Katcher
                                                                 Elana Katcher