UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situation, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA - THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC., <br><br> Defendant. | Case No. 12-cv-2656 (AJN) <br><br> ECF CASE |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, John E. Schmidtlein, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Sprint Nextel Corporation in the above-captioned action.

I am in good standing of the bars of the state of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

/s/ John E. Schmidtlein

John E. Schmidtlein
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: jschmidtlein@wc.com

*Attorney for Defendant Sprint Nextel Corporation*

Dated: June 1, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB TEXTING, INC., on behalf of itself and all others similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA - THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendant. | Case No. 12-cv-2656 (AJN) |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of John E. Schmidtlein for admission to practice Pro Hac vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of California and the District of Columbia, and that his contact information is as follows:

John E. Schmidtlein
Williams & Connolly LLP
725 Twelfth Street N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: jschmidtlein@wc.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Sprint Nextel Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filling (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____    _____

United States District Judge Alison J. Nathan

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June 2012 I caused to be served a true and correct copy of the foregoing Motion for Admission Pro Hac Vice via U.S. mail upon:

Robert N Kaplan
Richard J. Kilsheimer
Gregory Keith Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
Email: rkilsheimer@kaplanfox.com
Email: garenson@kaplanfox.com
Email: ekatcher@kaplanfox.com

*Attorneys for Plaintiffs*

Luke A Connelly
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6882
Facsimile: (212) 294-4700
Email: lconnelly@winston.com

Thomas J. Frederick
Christopher B. Essig
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Telephone: (312) 558-6229
Facsimile: (312) 558-5700
Email: tfrederick@winston.com
Email: cessig@winston.com

*Attorneys for Defendant Cellco Partnership d/b/a/ Verizon Wireless*

Steven M. Bierman
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5510
Facsimile: (212) 839-5599
Email: sbierman@sidley.com

John Walter Treece
Linton J. Childs
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603-2323
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: jtreece@sidley.com

*Attorneys for Defendant*
*AT&T Mobility LLC*

Joel Murray Cohen
DAVID POLK & WARDWELL, LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4592
Facsimile: (212) 450-3592
Email: joel.cohen@dpw.com

Christopher B. Hockett
Micah G. Block
DAVIS POLK & WARDWELL, LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: chris.hockett@dpw.com

*Attorneys for Defendant*
*T-Mobile USA, Inc.*

Lawrence Kill
Carrie M. DiCanio
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Telephone: (212) 278-1046
Facsimile: (212) 278-1733
Email: lkill@andersonkill.com
Email: cmaylor@andersonkill.com

*Attorneys for Defendant U.S. Cellular Corp.*

Scott Allan Martin
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-2231
Facsimile: (212) 805-9230
Email: martinsc@gtlaw.com

*Attorney for Defendant CTIA—The Wireless Association*

Patrick J. Pascarella
TUCKER ELLIS LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115
Telephone: (216) 696-4936
Facsimile: (216) 592-5009

*Attorney for Defendant Ericsson IPX*

Robert L. Sills
ORRICK, HERRINGTON & SUTCLIFFE
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5110
Facsimile: (212) 506-5151
Email: rsills@orrick.com

David Smutney
Ross C. Paolino
ORRICK, HERRINGTON & SUTCLIFFE
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Telephone: (202) 339-8617
Facsimile: (202) 339-8500
Email: dsmutny@orrick.com
Email: rpaolino@orrick.com

*Attorneys for Defendant MBLOX Inc.*

David I. Gelfand
CLEARLY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1690
Facsimile (202) 974-1999
Email: dgelfand@cgsh.com

*Attorney for Defendant Sybase, Inc.*

Jonathan Paul Bach
Ian Ross Shapiro
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6470
Facsimile: (212) 479-6275
Email: jback@cooley.com
Email: ishapiro@cooley.com

Jennifer L Stewart
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2351
Facsimile: (617) 937-2400
Email: jstewart@cooley.com

*Attorneys for Defendant Soundbite Communications, Inc.*

Karl Geercken
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: karl.geercken@alston.com

Mark A. McCarty
Peter Kontio
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: mark.mccarty@alston.com
Email: peter.kontio@alston.com

*Attorneys for Defendant Syniverse Technologies, Inc.*

Basileios Katris
HORWOOD MARCUZ & BERK CHARTERED
500 W. Madison Street, Suite 3700
Chicago, IL 60661
Telephone: (312) 606-3200
Facsimile: (312) 606-3232

*Attorney for Defendant Vibes Media*

Karen H. Bromberg
Nathaniel P.T. Read
Thomas Edward Bezanson
COHEN & GRESSER, LLP
800 Third Ave, 21st Floor
New York, NY 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
Email: kbromberg@cohengresser.com
Email: nread@cohengresser.com
Email: tbezanson@cohengresser.com

*Attorneys for Defendant 3Cinteractive, LLC*

Richard E. Donovan
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, NJ 07054
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: rdonovan@kelleydrye.com

Michael James Maloney
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7706
Facsimile: (212) 808-7897
Email: mmaloney@kelleydrye.com

*Attorneys for Defendant WMC Global, Inc.*

_____
Megan A. Hughes

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617　　　　　　　　TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 29, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN EDWARD SCHMIDTLEIN, #163520 was admitted to the practice of law in this state by the Supreme Court of California on January 5, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN  E.  SCHMIDTLEIN

was on the  7TH  day of  MARCH, 1994

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 25, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk