UNITED STATES DISTRSICT COURT
SOUTHERN DISTSRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | Master File: 12CV2656(ANJ) |

THIS DOUCMENT RELATES TO:
ACTIONS BORUGHT BY
TEXTPOWER 12CV2729 AND CLUB TEXTING 12CV2656

**DEFENDANT SYNIVERSE TECHNOLOGIES, LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Syniverse Technologies LLC (improperly named as Syniverse Technologies, Inc.) ("Syniverse") certifies that the following entities are parent companies of Syniverse. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Syniverse is a wholly-owned subsidiary of Syniverse Holdings, Inc. Syniverse Holdings, Inc. is wholly-owned subsidiary of Buccaneer Holdings, Inc. Buccaneer Holdings, Inc. is a wholly-owned subsidiary of Carlyle Group LP.

No publicly-held entity currently owns 10% or more of the outstanding stock of any of the above-identified entities.

Dated: July 30, 2012

/s Karl Geercken
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Tel:   212-210-9400
Fax:   212-210-9444
Email: karl.geercken@alston.com
*Attorneys for Defendant Syniverse Technologies, Inc.*