UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE A2P SMS
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MASTER FILE: 12 CV 2656 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2012

[PROPOSED] ORDER

Upon the oral motion of Michael D. McNeely, for admission to practice Pro Hac Vice in the above captioned actions is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows

> Applicant's Name: Michael D. McNeely
> Firm Name: Law Offices of Michael D. McNeely
> Address: 3706 Huntington St., NW
> City/State / Zip: Washington, DC 20015
> Telephone/Fax: 202.966.0428; 202.747.5898 (fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for CTIA – The Wireless Association in the above entitled actions;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 7/30/12

_____
United States District Judge