UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br>ANTITRUST LITIGATION<br>_____ | ) MASTER FILE: 12 CV 2656 (AJN)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>All Actions<br>_____ | )<br>)<br>)<br>) |

**NOTICE OF INTENTION TO AMEND CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT**

Pursuant to this Court's order of July 31, 2012, and Rule 3(F) of Judge Alison J. Nathan's Individual Rules in Civil Cases, plaintiffs TextPower, Inc., Club Texting, Inc. and iSpeedbuy LLC notify the court and counsel for the defendants of plaintiffs' intention to amend their Consolidated Amended Class Action Complaint and to file and serve that pleading on or before September 17, 2012.

Dated:  August 23, 2012                    Respectfully submitted,

                                                    **KAPLAN FOX & KILSHEIMER LLP**

                                                    By: /s/ Gregory K. Arenson
                                                        Robert N. Kaplan
                                                        Richard J. Kilsheimer
                                                        Gregory K. Arenson
                                                        Elana Katcher
                                        850 Third Avenue, 14th Floor
                                        New York, NY 10022
                                        Telephone:  (212) 687-1980
                                        Facsimile: (212) 687-7714
                                        Emails: rkaplan@kaplanfox.com
                                                             garenson@kaplanfox.com
                                                              rkilsheimer@kaplanfox.com
                                                              ekatcher@kaplanfox.com

                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Gregory K. Arenson, declare that, on August 23, 2012, I caused true and correct copies of plaintiffs' Notice of Intention To Amend Consolidated Amended Class Action Complaint to be served via the Court's ECF system on all counsel of record.

*/s/ Gregory K. Arenson*
Gregory K. Arenson