UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | MASTER FILE: 12 CV 2656 (AJN)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

## MOTION TO WITHDRAW

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Christiane M. McKnight, hereby move to withdraw as counsel for Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") in the above-captioned action, as I am leaving the employment of Wiley Rein LLP. I hereby request that my name be removed from the official docket and service list for this action. All other counsel of record for Defendant Verizon Wireless remain the same.

Dated: New York, New York
      March 19, 2013

Respectfully submitted,

  /s/  *Christiane M. McKnight*
Christiane M. McKnight (*admitted pro hac vice*)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel.: (202) 719-7000
Fax: (202) 719-7049
Email: cmcknight@wileyrein.com

Attorney for Verizon Wireless

**IT IS SO ORDERED.**

Dated: _____, 2013      _____
                                                       HONORABLE ALISON J. NATHAN
                                                       UNITED STATES DISTRICT JUDGE