N.Y.S.D. Case # 12-cv-2656(AJN)

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of April, two thousand and fifteen.

Shahriyar Neman, David Hobeich, iSpeedbuy, LLC, Textpower, Inc.,

   Plaintiffs - Respondents,

v.

AT&T Mobility LLC, T-Mobile US, Inc., US Cellular Corp., CTIA-The Wireless Association, Cellco Partnership, DBA Verizon Wireless, Sprint Nextel,

   Defendants-Petitioners.

ORDER
Docket No. 15-758

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 03, 2015

Petitioners have filed a joint notice of withdrawal of their Petition for Interlocutory Appeal.

IT IS HEREBY ORDERED that the Petition is deemed withdrawn.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 4/3/15