UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | ) ) ) | MASTER FILE: 12 CV 2656 (AJN) |
| THIS DOCUMENT RELATES TO: All Actions | ) ) ) ) ) | |

**JOINT STATUS REPORT OF
CARRIER DEFENDANTS, CTIA AND PLAINTIFFS**

The Carrier Defendants and CTIA are currently in consolidated individual arbitration before the AAA on the claims of Club Texting, Inc. (through its assignees and substitutes Messrs. Neman and Hobeich), TextPower, Inc. and iSpeedbuy LLC.  There is no class arbitration because the arbitrators determined on March 24, 2015 that the operative arbitration agreement "does not expressly or impliedly evidence an intention to permit class arbitration proceedings, and there is no basis in law to find such permission."  The arbitration is currently in factual discovery.  A final hearing is scheduled to begin June 1, 2016.

Dated:   October 1, 2015                                      Respectfully submitted,

| ATTORNEYS FOR PLAINTIFFS | T-MOBILE USA, INC. |
|---|---|
| By: /s/ Gregory K. Arenson<br>Robert N. Kaplan<br>Richard J. Kilsheimer<br>Gregory K. Arenson<br>Elana Katcher<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Telephone: (212) 687-1980<br>Email: rkaplan@kaplanfox.com<br>         garenson@kaplanfox.com<br>         rkilsheimer@kaplanfox.com<br>         ckatcher@kaplanfox.com<br><br>Jonathan W. Cunco<br>Joel Davidow<br>Matthew E. Miller<br>CUNEO GILBERT & LADUCA, LLP<br>507 C Street, N.E.<br>Washington, D.C. 20002<br>Telephone: (202) 789-3960<br>Email: jonc@cuneolaw.com<br>         joel@cuneolaw.com<br>         mmiller@cuneolaw.com<br><br>Joseph C. Kohn<br>KOHN SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, Pennsylvania 19107<br>Telephone: (215) 238-1700<br>Email: jkohn@kohnswift.com | By: /s/ Joel M. Cohen<br>Joel M. Cohen<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4592<br>Email: joel.cohen@davispolk.com<br><br>Christopher B. Hockett<br>(admitted *pro hac vice*)<br>Micah G. Block<br>(admitted *pro hac vice*)<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone: (650) 752-2009<br>Email: chris.hockett@davispolk.com<br>         micah.block@davispolk.com<br><br>SPRINT NEXTEL CORPORATION<br><br>By: /s/ John E. Schmidtlein<br>John E. Schmidtlein<br>(admitted *pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 434-5000<br>Email: jschmidtlein@wc.com |

U.S. CELLULAR CORPORATION

By: /s/ Eamon P. Joyce
Eamon P. Joyce
SIDLEY AUSTIN LLP
787 Seventh Ave.
New York, New York 10019
Telephone: (212) 839-5300
Email: ejoyce@sidley.com


CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS

By: /s/ Aaron M. Panner
Aaron M. Panner
(admitted *pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Email: apanner@khhte.com

Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5983
Email: tfrederick@winston.com

Luke A. Connelly
WINSTON & STRAWN LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6882
Email: lconnelly@winston.com

AT&T MOBILITY LLC

By: /s/ Archis Parasharami
Evan M. Tager
Archis A. Parasharami
(admitted *pro hac vice*)
Daniel E. Jones
MAYER BROWN LLP
1999 K Street, NW
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
E-mail: aparasharami@mayerbrown.com


CTIA—THE WIRELESS
ASSOCIATION

By: /s/ Michael D. McNeely
Michael D. McNeely
(admitted *pro hac vice*)
3706 Huntington Place, N.W.
Washington, D.C. 20015
Telephone: (202) 966-1679
Facsimile: (202) 747-5898
Email: mcneelylaw@mac.com

Of Counsel:
Ruth A. Bahe-Jachna
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8421
Facsimile: (312) 899-0312
Email: baher@gtlaw.com

## CERTIFICATE OF SERVICE

I, Joel M. Cohen, declare that, on October 1, 2015, a true and correct copy of the foregoing Joint Status Report of Carrier Defendants, CTIA and Plaintiffs was electronically filed pursuant to the Court's ECF system, which served it upon counsel of record.

/s/ Joel M. Cohen
Joel M. Cohen